IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYRON MCGARRAH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:14-CV-1119-M |
| | § | |
| EDDIE WILLIAMS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Plaintiff's claims are summarily dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff's motion for appointment of counsel [Dkt. No. 6] is denied.

SO ORDERED this 18th day of September, 2014.

*[signature]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**