IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TYRON MCGARRAH,                  §
                                 §
            Plaintiff,           §
                                 §
V.                               §          No. 3:14-cv-1119-M-BN
                                 §
EDDIE WILLIAMS, ET AL.,          §
                                 §
            Defendants.          §

**RECOMMENDATION REGARDING MOTION
TO PROCEED IN FORMA PAUPERIS ON APPEAL**

The Court has considered Plaintiff's application for leave to proceed *in forma pauperis* on appeal [Dkt. No. 18], the certified trust fund account statement or institutional equivalent, *see id.*, and all consents and other documents required by the agency having custody of the appellant to withdraw funds from the account.

The application for leave to proceed *in forma pauperis* on appeal should be DENIED. And, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a)(3), and for the reasons set forth in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 29, 2014 [Dkt. No. 11], the Court should certify that the appeal is not taken in good faith.

DATED: October 24, 2014

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE